IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
8-15-02
MICHAEL N. MILBY, CLERK
BY DEPUTY

| | | |
|---|---|---|
| FRED FREUDENSPRUNG | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. H-02-1977 |
| | § | |
| OFFSHORE TECHNICAL SERVICES INC | § | |
| | § | |
| Defendants. | § | |

United States Courts
Southern District of Texas
ENTERED

AUG 1 5 2002

Michael N. Milby, Clerk of Court

**ORDER**

IT IS HEREBY ORDERED that Defendant's Motion to Stay Plaintiff's Claims Pending Arbitration **(Instrument No. 30)** is **GRANTED**.

IT IS FURTHER ORDERED that the above-captioned case shall be administratively **CLOSED**. The parties are granted leave to move to reinstate the case on the Court's active docket within ten (10) days from the date of a ruling by the Court of Appeals. A copy of this Order shall be attached as an exhibit to any motion to reinstate.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 15th day of August, 2002, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

51