United States Courts
Southern District of Texas
ENTERED

OCT 1 5 2002

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRED FREUDENSPRUNG | § | |
| *Plaintiff,* | § | |
| v. | § | CIVIL ACTION NO. H-02-1977 |
| | § | |
| OFFSHORE TECHNICAL SERVICES, | § | ADMIRALTY/Fed. R. Civ. P. 9(h) |
| INC.; WILLBROS GROUP, INC.; | § | |
| WILLBROS USA, INC.; | § | |
| WILLBROS ENGINEERS, INC.; | § | |
| WILLBROS INTERNATIONAL, INC.; | § | |
| and WILLBROS WEST AFRICA, INC. | § | |
| *Defendants.* | § | |

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

The Plaintiff's Motion for Reconsideration of the Court's August 15, 2002 Orders #52 is DENIED.

SIGNED on October 11, 2002 at Houston, Texas.

Vanessa D. Gilmore
United States District Judge

54